# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. HOUCK, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 15-2275** |
| | : | |
| **MACY'S INC., formerly known as** | : | |
| **FEDERATED DEPARTMENT** | : | |
| **STORES, INC., et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   4th   day of February, 2016, upon consideration of the plaintiffs' motion to remand (Document #5), and the responses and replies thereto, IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.